IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00371-GPG

ERNEST MANUEL ALBERT RODRIGUEZ,

    Plaintiff,

v.

JON T. CROWE,
JOHN G. SISNEROS III, and
ETHAN ANDERSON,

    Defendants.

---

## ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn pursuant to D.C.COLO.LCivR 40.1.   Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and when appropriate to a magistrate judge.

    DATED March 30, 2016, at Denver, Colorado.

                                       BY THE COURT:

                                       Gordon P. Gallagher
                                       United States Magistrate Judge